FILED'07 MAR 01 14:04USDC-ORM

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

JOHN M. MILLER,

           Plaintiff,

v.

COMMISSIONER of the Social Security Administration,

           Defendant.

Case No. 06-909-CO

ORDER FOR EAJA FEES

Based on the stipulation of the parties, it is hereby ORDERED that attorney fees in the amount of $2,369.94 shall be awarded, as expressly agreed by the parties, directly to attorney Amy J. Cross, pursuant to the Equal Access to Justice Act, 28 U.S.C. § 2412.

DATED this 28 day of February, 2007.

_____
UNITED STATES MAGISTRATE JUDGE

Presented by:

_/s/_____
AMY J. CROSS, OSB#05046
(503) 266-6700
Attorney for Plaintiff

ORDER FOR EAJA FEES -                                                                Page 1